IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MIKE DAVIS, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:20-CV-353-LY |
| | § | |
| AUSTIN INDEPENDENT SCHOOL DISTRICT, | § | |
|     DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On this date, the court rendered an order dismissing Plaintiff's claims and causes of action with prejudice. Therefore, the court renders the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that Defendant Austin Independent School District is awarded costs.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this ___19th___ day of January, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE